IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID SZAFRAJDA, | ) | 4:10CV3112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 17) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by March 2, 2011;

2. Plaintiff may file a reply brief by March 16, 2011; and

3. This case shall be ripe for decision on March 17, 2011.

January 28, 2011.             BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge