IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID SZAFRAJDA, | ) | 4:10CV3112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Defendant's second motion for enlargement of time (filing 19) is granted, and the briefing schedule is modified as follows:

   1.   Defendant shall file a brief by April 1, 2011;

   2.   Plaintiff may file a reply brief by April 15, 2011; and

   3.   This case shall be ripe for decision on April 18, 2011.

March 2, 2011.                     BY THE COURT:

                       *Richard G. Kopf*
                       United States District Judge